IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW SARAD and
NELLI SARAD,

        Plaintiffs,                No. CIV S-09-1080 FCD DAD PS

    vs.

OPTION ONE MORTGAGE, et al.,

        Defendants.         <u>ORDER</u>

/

        Plaintiffs are proceeding pro se with this action. The case has been referred to the undersigned in accordance with Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

        Plaintiff Matthew Sarad has filed an application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915. Plaintiff Nelli Sarad has not filed such an application. Plaintiffs are informed that fees must be prepaid unless all plaintiffs apply for and are granted leave to proceed in forma pauperis.

        Plaintiffs will be granted fifteen days either to pay the filing fee in full or to submit Nelli Sarad's application to proceed without prepayment of fees. Upon the filing of an in forma pauperis application completed by Nelli Sarad, the court will determine whether plaintiffs' applications make the showing of indigency required by 28 U.S.C. § 1915.

/////

1

1       IT IS ORDERED that plaintiffs shall, within fifteen days after this order is filed, pay the required filing fee in full or submit plaintiff Nelli Sarad's application to proceed without prepayment of fees. If additional time is needed to comply with this order, plaintiffs may request a reasonable extension of time. Such a request should be filed prior to the expiration of the fifteen-day period. Failure to respond to this order may result in a recommendation that this action be dismissed.

DATED: May 19, 2009.

*signature*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\sarad1080.ord.ifpapp