1
2
3
4
5
6
7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MATTHEW SARAD and
    NELLI SARAD,
11
                Plaintiffs,              No. CIV S-09-1080 FCD DAD PS
12
        vs.
13
    OPTION ONE MORTGAGE, et al.,
14
                Defendants.              ORDER
15  _____/

16          In compliance with the court's order filed May 20, 2009, plaintiff Nelli Sarad has

17  filed an application to proceed in forma pauperis. The applications of both plaintiffs are now

18  before the court for a determination of whether the applications make the showing of indigency

19  required by 28 U.S.C. § 1915.

20          Plaintiff Nelli Sarad states in her in forma pauperis affidavit that she is employed

21  and her take-home salary is $2,900 monthly. Plaintiff Matthew Sarad previously filed an

22  affidavit in which he states that he is employed and his take-home salary is $1,520 per month.

23  Plaintiffs also receive rent payments of $3,000 per month. They own two vehicles and have

24  approximately $800 to $1,000 in cash or checking or savings accounts. Plaintiffs have one child.

25          Pursuant to the federal in forma pauperis statute, a filing fee of $350.00 is

26  required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court

1  may authorize the commencement of an action without prepayment of fees or security therefor if
2  the plaintiff demonstrates inability to pay such fees or give security for them.  28 U.S.C.
3  § 1915(a).  Here, the undersigned finds that plaintiffs' affidavits make an inadequate showing of
4  indigency.  Plaintiffs will therefore be granted thirty days in which to submit the appropriate
5  filing fee to the Clerk of the Court.  Plaintiffs are cautioned that failure to pay the fee will result
6  in a recommendation that the assigned district judge deny the applications to proceed in forma
7  pauperis and dismiss this action without prejudice.
8           Accordingly, IT IS HEREBY ORDERED that, within thirty days from the date of
9  this order, plaintiffs shall submit the $350 filing fee.
10 DATED: June 12, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\sarad1080.ord.ifpden