IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW SARAD, et al.,

    Plaintiffs,   No. CIV S-09-1080 FCD DAD PS

    vs.

OPTION ONE MORTGAGE, et al.,   ORDER

    Defendants.
_____/

    This matter came before the court on October 2, 2009, for hearing of defendants' motions to dismiss. In open court, plaintiff Matthew Sarad and the attorneys for all defendants stated their intention to consent to proceed before the magistrate judge. In a previously filed status report, both plaintiffs stated their intention to consent. Defendants' consent forms have been filed. Accordingly, IT IS ORDERED that each plaintiff shall file, on or before November 4, 2009, a form either consenting or declining to consent to proceed before the magistrate judge.

DATED: October 26, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\sarad1080.consents